# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID HOLLAND, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, JOHN T. STANDLEY, DARREN KARST, HEYWARD DONIGAN, and MATTHEW C. SCHROEDER,<br><br>    Defendants. | CLASS ACTION<br><br>No. 1:23-cv-00589-JG<br><br>HONORABLE JAMES S. GWIN |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

Before the Court is Defendants Rite Aid Corporation, John T. Standley, Darren Karst, Heyward Donigan, and Matthew C. Schroeder ("Defendants") Unopposed Motion to Transfer this action to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1404(a). Having considered Defendants' submissions, Lead Plaintiff's non-opposition, and finding that the relevant factors weigh strongly in favor of transfer,

**IT IS HEREBY ORDERED** that Rite Aid's Unopposed Motion to Transfer is **GRANTED**. The Court hereby **TRANSFERS** this matter pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Pennsylvania.

IT IS SO ORDERED.

Dated this  1   day of  August   , 2023.

  s/ *James S. Gwin*  
Honorable James S. Gwin  
United States District Court Judge
